[No. 4590-7-II.   Division Two.   May 21, 1982.]

LLOYD'S OF YAKIMA FLOOR CENTER, *Appellant, v.* THE
DEPARTMENT OF LABOR AND INDUSTRIES,
*Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 78-0-00116-2, Gerry L. Alexander,
J., entered February 1, 1980. *Affirmed* by unpublished
opinion per Thompson, J. Pro Tem., concurred in by Reed,
C.J., and Petrich, J.

[No. 9390-8-I.   Division One.   May 24, 1982.]

MARY ANN BLOOD, *Appellant, v.* GEORGE D.
ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 865121, Frank J. Eberharter, J., entered Sep-
tember 24, 1980. *Reversed* and *remanded* by unpublished
opinion per Williams, J., concurred in by Callow and Ring-
old, JJ.

[No. 9151-4-I.   Division One.   May 24, 1982.]

SANDIE KINGER, ET AL, *Appellants, v.* THE FAMILY
FITNESS CENTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 79-2-08793-9, Francis E. Holman, J., entered
August 21, 1980. *Affirmed in part* and *reversed in part* by
unpublished opinion per Corbett, J., concurred in by
Andersen, C.J., and Williams, J.